AO 442 (Rev. 1/26/22) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED U.S. MARSHALS
M/FL JACKSONVILLE
2022 JAN 26 PM 4:53

United States of America
v.

MATTHEW RAYMOND HOOVER

Defendant

Case No. 3:21-cr-22(S2)-MMH-MCR

FILED
2022 JAN 27 PM 3:29
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),*   MATTHEW RAYMOND HOOVER

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☒ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to transfer unregistered machineguns, in violation of 18 U.S.C. § 371 &
Transfer of unregistered machineguns, in violation of 26 U.S.C. §§ 5861(e) & 5871 and 18 U.S.C. § 2.

Date: 1/26/2022

_____
*Issuing officer's signature*

City and state: Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/26/2022, and the person was arrested on *(date)* 1/27/2022
at *(city and state)* Colona, WI.

Date: 1/27/2022

_____
*Arresting officer's signature*

Vaursi Prh   IA  USMS
*Printed name and title*