# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 3:21-cr-22-MMH-MCR

MATTHEW RAYMOND HOOVER

---

## NOTICE OF HEARING

**TAKE NOTICE** that this case is hereby **SET** for **Initial Appearance and Arraignment** on **February 22, 2022 at 11:00 A.M.** before the Honorable Monte C. Richardson, United States Magistrate Judge, in Courtroom No. 5C, Fifth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

February 2, 2022

                                        MONTE C. RICHARDSON
                                        United States Magistrate Judge

                                By:     s/Sharon Spaulding
                                        Courtroom Deputy
                                        (904) 301-6742

Copy to:
Assistant United States Attorney (Taylor)
Defense Counsel
United States Marshal
U. S. Probation
U. S. Pretrial

**PLEASE NOTE**:   Photo I.D. is required to enter the United States Courthouse.  Also, cellular telephones and laptop computers are prohibited in the Courthouse.