# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                         CASE NO. 3:21-cr-22-MMH-MCR

MATTHEW RAYMOND HOOVER
_____/

Defense Atty.: ZACHARY Z. ZERMAY
MATTHEW LAROSIERE
AUSA: LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | February 22, 2022 11:01 AM – 11:26 AM 25 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | DANIEL DUMPIT |

## CLERK'S MINUTES

PROCEEDINGS:    INITIAL APPEARANCE AND ARRAIGNMENT

**INITIAL APPEARANCE**
Defendant noticed to appear on February 22, 2022 on a Second Superseding Indictment out of the Middle District of Florida.

Court requested presence of counsel for possible appointment.

Oral Notice of appearance entered on behalf of Defendant by Zachary Z. Zermay, Esq. and Matthew Larosiere, Esq.

Defendant advised of rights, charges, penalties and special assessment.

Defendant will remain on bond and continue to abide by the conditions of release previously entered.

The Government to file under seal a list of witnesses Defendant is not to contact.

The Government advised of a potential conflict of counsel issue. Defense counsel advised that it was their belief a conflict did not exist. Defendant questioned by the Court regarding his desire to have counsel continue representation in light of the potential conflict, and he advised that he did. The Court found that Defendant understood and voluntarily waived the possible conflict of counsel.

**ARRAIGNMENT**
Defendant entered plea of not guilty.

Discovery motions to be filed by: March 8, 2022.

Dispositive motions, motions for district judge and motions to suppress to be filed by: March 22, 2022.

Status Conference: April 18, 2022 before the Honorable Marcia Morales Howard.

Trial term commencing: May 2, 2022 before the Honorable Marcia Morales Howard.

Filed in Open Court:
    Notice of Acceptance of General Discovery