FILED IN OPEN COURT
2.22.22
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:21-cr-22-MMH-MCR

MATTHEW RAYMOND HOOVER

### NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, MATTHEW RAYMOND HOOVER, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: /s/ _____
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Laura Cofer Taylor, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 22nd day of February, 2022.

_____
Attorney