UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

## MOTION TO APPEAR TELEPHONICALLY

Defendant Matthew Raymond Hoover respectfully requests this Court for leave to appear telephonically at the Status Conference of March 23, 2022, at 1:30 PM before the Honorable Marcia Morales Howard, United States District Judge. Defendant submits that good cause exists to grant this Motion because:

1. Lead counsel for Defendant and his co-counsel reside several hours from the United States District Courthouse.

2. If Defendant's counsel were granted leave to appear telephonically at the Status Conference, then attorney time and money that would be otherwise expended travelling to and from the courthouse would be conserved. Those limited resources are needed to put on a meaningful defense in this matter.

1

3. No party would face prejudice if Defendant's counsel were to appear at the Status Conference telephonically.

4. Granting this Motion is in the interests of justice and is otherwise the right and proper thing to do.

**WHEREFORE** Defendant respectfully moves this Court for leave to appear telephonically at the Status Conference of March 23, 2022, at 1:30 PM.

DATED:  March 21, 2022

| | |
|---|---|
| /s/ Zachary Z. Zermay  _____ <br> Zachary Z. Zermay, Esq. <br> 1762 Windward Way <br> Sanibel, FL 33957 <br> Email: zach@zermaylaw.com <br> Telephone: 239-699-3107 <br> *Lead Counsel for Defendant* | /s/Matthew Larosiere_____ <br> Matthew Larosiere <br> 6964 Houlton Circle <br> Lake Worth, FL 33467 <br> Email: larosieremm@gmail.com <br> Telephone: 561-452-7575 <br> *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

# [PROPOSED] ORDER ON DEFENDANT HOOVER'S MOTION TO APPEAR TELEPHONICALLY

**THIS CAUSE** came upon Defendant Matthew Raymond Hoover's Motion to Appear Telephonically. The Court, having reviewed the Motion, pertinent legal authority, and being otherwise fully advised in the premises, finds and orders as follows:

The Motion is:

☐ GRANTED.

☐ DENIED.

**DONE AND ORDERED** this _____ day of March, 2022 in Jacksonville, Florida.

_____
Marcia Morales Howard
United States District Judge

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.