# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA      CASE NO. 3:21-cr-22(S2)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

<u>Counsel for Government:</u>   <u>Counsel for Defendant Ervin:</u>
Laura Taylor                   Alex King
David Mesrobian

                               <u>Counsel for Defendant Hoover:</u>
                               Zachary Zermay
                               Matthew Larosiere

### HONORABLE MARCIA MORALES HOWARD
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles        Court Reporter: Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF:   CRIMINAL STATUS CONFERENCE**

Zachary Zermay and Matthew Larosiere appeared telephonically with the Court's permission.

Defendants jointly move to continue the trial.

The government does not object to a continuance.

Defendants' joint <u>ore</u> <u>tenus</u> motion to continue the trial is **GRANTED**. For the reasons stated on the record during the hearing, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the Defendants in a speedy trial. As Defendants are joined for trial, all time from now until the end of the July 2022 trial term shall be excludable time.

> **CASE RESET:**
> **Special Status:**     **June 27, 2022, at 2:00 p.m.**
> **Trial Term:**         **July 5, 2022, at 9:00 a.m.**

Defendant Hoover shall have up to and including **June 21, 2022**, to file motions to sever, change venue, and dismiss. The government shall respond no later than **July 15, 2022**.

Date: March 23, 2022         Time: 1:35 p.m. – 1:55 p.m.         Total: 20 Minutes