UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

**REQUEST FOR ORAL ARGUMENT ON MOTION TO SEVER**

Pursuant to Local Rule 3.01(h), Defendant Matthew Raymond Hoover ("Defendant") respectfully request oral argument on his Motion to Sever (the "Motion"). Defendant respectfully submits that a one-hour hearing is necessary to argue the Motion.

DATED: June 21, 2022

_____  /s/Matthew Larosiere_____
Zachary Z. Zermay, Esq.          Matthew Larosiere
1762 Windward Way                6964 Houlton Circle
Sanibel, FL 33957                Lake Worth, FL 33467
Email: zach@zermaylaw.com        Email: larosieremm@gmail.com
Telephone: 239-699-3107          Telephone: 561-452-7575
*Lead Counsel for Defendant*     *Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 21, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.