UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Matthew Raymond Hoover gives notice of the Supreme Court's opinion in *West Virginia v. Environmental Protection Agency*, 597 U.S. ___ (June 30, 2022) ("Thus, in certain extraordinary cases, both separation of powers principles and a practical understanding of legislative intent make us 'reluctant to read into ambiguous statutory text' the delegation claimed to be lurking there. To convince us otherwise, something more than a merely plausible textual basis for the agency action is necessary. The agency instead must point to 'clear congressional authorization' for the power it claims.") (cleaned up).

1

Defendant submits that based on the foregoing authority, supplemental briefing is required on the Motion to Dismiss and Supplement to Motion to Dismiss & to Declare Unconstitutional the National Firearms Act of 1934 (ECF 95, 101).

DATED: August 4, 2022

| | |
|---|---|
| _____<br>Zachary Z. Zermay, Esq.<br>1762 Windward Way<br>Sanibel, FL 33957<br>Email: zach@zermaylaw.com<br>Telephone: 239-699-3107<br>*Lead Counsel for Defendant* | /s/Matthew Larosiere_____<br>Matthew Larosiere, Esq.<br>6964 Houlton Circle<br>Lake Worth, FL 33467<br>Email: larosieremm@gmail.com<br>Telephone: 561-452-7575<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.

2