**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                         Case No.   3:21-cr-22(2)-MMH-MCR

MATTHEW RAYMOND HOOVER

_____

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Matthew Raymond
Hoover's Motion to for [sic] Leave to File Reply to Opposition to Motion to
Dismiss (Doc. 110; Motion) filed on August 4, 2022.   In the Motion, Hoover
seeks leave to file a reply to "the Government's opposition to his motion to
dismiss."   See Motion at 1.   Defendant represents to the Court that the
Government takes no position on the Motion.   See id. at 4.

Upon review, the Court finds that the Motion is due to be denied.   With
regard to Hoover's request to present additional argument that "as pled," the
Auto Key Card in the indictment is a single part requiring a "plus factor," the
Court finds that Hoover's position is adequately addressed in the Motion to
Dismiss (Doc. 95).   As to the United States Supreme Court's recent decision in
W. Virginia v. Env't Prot. Agency, 142 S. Ct. 2587 (2022), the Court will consider
its applicability in ruling on the Motion to Dismiss but finds that briefing from
the parties would not aid in the Court's evaluation.   To the extent Hoover seeks

to further address the Supreme Court's decision in <u>New York State Rifle &</u> <u>Pistol Ass'n., Inc. v. Bruen</u>, 142 S. Ct. 2111 (2022), Hoover had ample opportunity to address the decision in his Supplement to Motion to Dismiss & Declare Unconstitutional the National Firearms Act of 1934 (Doc. 101) and has failed to demonstrate why additional briefing is necessary or warranted.

In light of the foregoing, it is

**ORDERED:**

Defendant Matthew Raymond Hoover's Motion to for [sic] Leave to File Reply to Opposition to Motion to Dismiss (Doc. 110) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of August, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc28

Copies to:

Counsel of Record