**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:21-cr-22(2)-MMH-MCR

MATTHEW RAYMOND HOOVER

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Matthew Raymond Hoover's Motion to for [sic] Leave to File Reply to Opposition to Motion to Transfer Venue (Doc. 112; Motion) filed on August 4, 2022. In the Motion, Hoover seeks leave to file a reply to "the Government's opposition to his motion to transfer venue." See Motion at 1. Defendant represents to the Court that the Government takes no position on the Motion. See id. at 4.

Upon review, the Court finds that the Motion is due to be denied because Hoover has not shown that a reply is necessary or warranted. Further, Hoover has had ample opportunity to present his arguments in the Motion to Transfer Venue (Doc. 96; Motion to Transfer) and has failed to identify any evidence or argument that could not have been presented there. To the extent Hoover urges that the Government misapplies the Platt[1] factors in its response, the

---

[1] Platt v. Minnesota Mining and Manufacturing Company, 376 U.S. 240, 243–44, 84 S.Ct. 769, 11 L.Ed.2d 674 (1964).

Court finds that both parties have presented their arguments and the Court can evaluate the arguments and applicable authority without further briefing.[2]

In light of the foregoing, it is

**ORDERED:**

Defendant Matthew Raymond Hoover's Motion to for [sic] Leave to File Reply to Opposition to Motion to Transfer Venue (Doc. 112) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of August, 2022.

MARCIA MORALES HOWARD
United States District Judge

lc28

Copies to:

Counsel of Record

---

[2] Nevertheless, in an abundance of caution, the Court will consider the distinctions suggested in the Motion when ruling on the Motion to Transfer.