**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                       Case No.   3:21-cr-22(2)-MMH-MCR

MATTHEW RAYMOND HOOVER

_____

**O R D E R**

**THIS CAUSE** is before the Court on Defendant Matthew Raymond
Hoover's Motion to for [sic] Leave to File Reply to Opposition to Motion to Sever
Trial (Doc. 111; Motion) filed on August 4, 2022.   In the Motion, Hoover seeks
leave to file a reply to "the Government's opposition to his motion to sever trial."
See Motion at 1.   Defendant represents to the Court that the Government
takes no position on the Motion.   See id. at 4.

Upon review, the Court finds that the Motion is due to be denied.   As
with two other motions for leave to file reply briefs, all submitted on the same
day, in this Motion, Hoover has failed to demonstrate that a reply is necessary
or warranted. Further, pursuant to Local Rule 3.01(d), United States District
Court, Middle District of Florida, a motion seeking leave to file a reply must not
include the arguments to be made in the proposed reply.   In the instant Motion,
Hoover improperly includes the substantive arguments and citation to legal
authority he seeks to present in his reply.   Although the Court will consider

the additional arguments set forth in the Motion in ruling on the Motion to Sever Trial, further briefing is unnecessary.

In light of the foregoing, it is

**ORDERED:**

Defendant Matthew Raymond Hoover's Motion to for [sic] Leave to File Reply to Opposition to Motion to Sever Trial (Doc. 111) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of August, 2022.

**MARCIA MORALES HOWARD**
United States District Judge

lc28

Copies to:

Counsel of Record

- 2 -