UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO. 3:21-cr-22-MMH-MCR

MATTHEW RAYMOND HOOVER
_____/

Defense Atty.: ZACHARY ZERMAY
MATTHEW LAROSIERE
AUSA: DAVID B. MESROBIAN
LAURA COFER TAYLOR

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | November 17, 2022<br>2:22 PM – 3:03 PM<br>41 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Shelli Kozachenko |
| INTERPRETER | None Required | PRETRIAL/PROBATION | NONE PRESENT |

**CLERK'S MINUTES**

**PROCEEDINGS:**     **Garcia Hearing**

Mr. Hoover, Zachary Zermay, Esq. and Matthew Larosiere, Esq. appeared telephonically.

The Government presented their concerns regarding a conflict of counsel as to Defendant's wife, Erica Ibe Hoover, who was also represented by counsel during her Grand Jury testimony.

Defense counsel argued that to the extent any conflict exists, it is not to the level of being "materially adverse to the interests" of Mrs. Hoover.

The Court made inquiry into Mr. Hoover's understanding of the potential conflict and his willingness to proceed with counsel. Mr. Hoover acknowledged his understanding of the conflict and maintains his desire to

continue with representation by attorney's Zachary Zermay, Esq. and Matthew Lorosiere.  The Court found Mr. Hoover knowingly and voluntarily waived conflict of counsel.  **ORDER TO ENTER**.

The Government addressed concerns regarding Mrs. Hoover's informed consent and her waiver of right to attorney/client privilege with defense counsel as they now represent Defendant.

The Court will schedule another hearing requiring Mrs. Hoover's appearance via Zoom regarding the matter.  **NOTICE TO ENTER**.