# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO. 3:21-cr-22-MMH-MCR

MATTHEW RAYMOND HOOVER
_____/

## ORDER

On November 29, 2022, a hearing will be held to question Mrs. Erica Ibe Hoover regarding her informed consent and waiver of right to attorney/client privilege with defense counsel for Matthew Raymond Hoover. For purposes of the upcoming hearing and possible trial testimony, the undersigned appoints Jeremy Lasnetski, Esq. to represent Mrs. Hoover.

**DONE** and **ORDERED** in Jacksonville, Florida this 21st day of November, 2022.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record