# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 3:21-cr-22-MMH-MCR

MATTHEW RAYMOND HOOVER

_____/

Defense Atty.: ZACHARY ZERMAY
MATTHEW LAROSIERE

AUSA: DAVID B. MESROBIAN
LAURA COFER TAYLOR

COUNSEL FOR MRS. HOOVER: JEREMY LASNETSKI

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | December 13, 2022<br>2:03 PM – 2:08 PM<br>5 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Katharine Healey |
| INTERPRETER | None Required | PRETRIAL/PROBATION | NONE PRESENT |

## CLERK'S MINUTES

**PROCEEDINGS: Hearing to question Mrs. Erica Ibe Hoover regarding informed consent and waiver of right to attorney/client privilege with defense counsel.**

Mrs. Hoover, Mr. Hoover, Zachary Zermay, Esq. and Matthew Larosiere, Esq. appeared via Zoom.

Jeremy Lasnetski, Esq. informed the Court of Mrs. Hoover's desire to waive conflict of counsel.

- 2 -

The Court reminded Mrs. Hoover of Mr. Zermay's and Mr. Larosiere's previous confidential obligations to her as counsel.  The Court questioned Mrs. Hoover regarding her waiver and found that she had given informed consent regarding Mr. Zermay and Mr. Larosiere representing her spouse Mr. Hoover.  The Court also inquired as to any questions or concerns Mrs. Hoover may have for the Court regarding her decision and she informed there were no questions or concerns. **ORDER TO ENTER**.