UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

## DEFENDANT'S NOTICE OF DISCLOSURE OF SUMMARY OF EXPERT TESTIMONY

The Defendant, Matthew Hoover, by and through his undersigned counsel, pursuant to Fed. R. Crim. P. 16(b)(1)(G), Fed. R. Evid. 702, Fed. R. Evid. 703 and Fed. R. Evid. 705, respectfully notifies the Court and Government counsel of its intention to call the owner of H&M Gunworks, Hill Redwine, as an expert witness in the trial in this case.

As his attached CV reflects, Mr. Redwine has years of experience as a firearms designer, with experience manufacturing, designing, and reverse engineering machineguns as well as other firearms. In addition, he has experience with a wide range of metalworking systems as they relate to the arms industry.

1

Mr. Redwine is expected to testify as to the mechanical necessities to manufacture a machinegun, the relative ease with which one could manufacture a "lightning link" with a variety of means.

Having designed and developed entire weapons systems from the ground up, restored ancient firearms, and re-built destroyed firearms, Mr. Redwine has a litany of experience related to the creation of parts, as is particularly relevant to the instant matter. Mr. Redwine's experience in working from scratch versus with pre-manufactured and partially manufactured or destroyed parts should provide unique and valuable insight.

DATED:  December 16, 2022

| /s/Zachary Z. Zermay | /s/Matthew Larosiere |
|---|---|
| Zachary Z. Zermay, Esq. | Matthew Larosiere, Esq. |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  December 16, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Zachary Z. Zermay
Zachary Z. Zermay, Esq.

2

EXHIBIT-A



# HILL REDWINE
**FIREARMS DESIGN & MANUFACTURING**
**WWW.HMGUNWORKS.COM**

## OBJECTIVE

Focused research on firearms & related industries. Efficient manufacturing technologies.

## SKILLS

Intricate knowledge of firearms design, reverse engineering, manual machining, welding, and metalworking.

## EXPERIENCE

**OWNER • H&M GUNWORKS • MARCH 20, 2013 – PRESENT**
Beginning in 2013, began reverse engineering firearms and developing unique solutions for civil and law enforcement applications. Have operated the company exclusively since 2020.

## EDUCATION

**PHOTOGRAPHY • '02 • SAVANNAH COLLEGE OF ART & DESIGN**
BFA in Photography, 1997-2002

