UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

KRISTOPHER JUSTINBOYER ERVIN,
and MATTHEW RAYMOND HOOVER,

_____/

## NOTICE OF PROFFER

Defendant Matthew Raymond Hoover respectfully files this Notice as required by the Court's February 1, 2023 Order (Doc. No. 177). Hill Redwine was anticipated to testify as follows:

1. In Mr. Redwine's opinion, the Auto Key Card is a singular piece of stainless steel. Therefore, as pled in the indictment, it does not meet the definition of a "machinegun" pursuant to 26 U.S.C. § 5845(b) because a singular piece of stainless steel is not a combination of parts.

2. Mr. Redwine was expected to testify that he is familiar with the Auto Key Card because he personally inspected it.

DATED: February 6, 2023

/s/Zachary Z. Zermay_____          /s/Matthew Larosiere_____
Zachary Z. Zermay, Esq.                Matthew Larosiere, Esq.
1762 Windward Way                      6964 Houlton Circle
Sanibel, FL 33957                      Lake Worth, FL 33467

| | |
|---|---|
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 6, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>/s/Zachary Z. Zermay</u>
Zachary Z. Zermay, Esq.