**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                      Case No.   3:21-cr-22-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

_____

**O R D E R**

**THIS CAUSE** is before the Court on Defendants' Emergency Joint
Motion for Extension of Filing Deadline (Doc. 187; Motion), filed February 23,
2023.   In the Motion, Defendants ask the Court to extend the current February
24, 2023 deadline to file motions in limine.   Id. at 1.   Defendants argue that
an extension is warranted because, on February 22, 2023, the Government
provided 1.66 terabytes of supplemental discovery, "more than 156 times the
previous disclosures."   Id. at 1–2.   According to Defendants, the Government
"at no point in time alerted counsel that this disclosure was expected or
imminent," and the "late disclosure" has made it impossible for Defendants to
review the new discovery and draft any motions in limine that may be necessary
based on the new material before the current deadline.   Id. at 2–4.

The Government opposes the Motion, asserting that Defendants
incorrectly represent the facts.   Response to Motion to Extend Deadlines (Doc.

188; Response) at 1–2.  The Government avers that the "vast majority" of its production is a "courtesy copy" of data on seized electronic devices that the Government has identified and made available for inspection "in every single discovery letter" from the Government throughout the case.  Id. at 2–3. According to the Government, it provided a courtesy copy of the data "out of an abundance of caution" because neither Defendant "has yet to request inspection of the electronic devices."  Id. at 3.  The Government maintains that the materials that it "anticipates using in its case-in-chief at trial, or which it believes could be material to the preparation of the defense, were produced to the defendants months ago."  Id. at 2–3.  The Government acknowledges that it recently produced certain new bank records and does not oppose "any future motion for leave to file a motion in limine related to those records (if necessary)." Id. at 4.

Upon review of the Motion, Response, and the record in this action, the Court is of the view that granting the relief requested is not warranted. Defendants' counsel have been discussing the intention to file motions in limine in this action since shortly after the Second Superseding Indictment (Doc. 57), which added Defendant Hoover, was returned on January 26, 2022.  Yet, every time the Court's deadlines for filing motions in limine have approached, Defendants have filed motions for extensions of time, often on an emergency

basis.[1]   Notably, Defendants have shown no reason why they cannot file motions in limine addressing the evidence and issues that Defendants already knew were in this case before the Government's most recent disclosure. Nevertheless, given the lateness of the hour on this Friday afternoon, the Court will extend the deadline for filing motions in limine to 1:00 p.m. on Monday, February 27, 2023.   To the extent that Defendants believe that an additional motion in limine is necessary based on newly disclosed material, Defendants may file a motion requesting leave to file a late motion in limine.   However, Defendants are cautioned that they must show good cause for the filing of any such motion.   Accordingly, it is

   **ORDERED:**

   1.   Defendants' Emergency Joint Motion for Extension of Filing Deadline (Doc. 187) is **GRANTED, in part**, and **DENIED, in part**.

   A.   The Motion is **GRANTED** to the extent that motions in limine are due no later than **1:00 p.m. on Monday, February 27, 2023**.

   B.   In all other respects, the Motion is **DENIED**.

---

[1]   See Motion for Extension of Time of Filing Deadline (Doc. 134); Unopposed Motion to Continue Daubert Deadline (Doc. 139); Unopposed Motion to Continue Motion in Limine Deadline (Doc. 143); Joint Emergency Motion for Extension of Time of Filing Deadline and Request for Status Conference (Doc. 152).

2.    To file a motion <u>in</u> <u>limine</u> after the deadline, Defendants must

request leave from the Court and show good cause.

**DONE AND ORDERED** in Jacksonville, Florida, on February 24, 2023.


**MARCIA MORALES HOWARD**
United States District Judge


lc30
Copies to:

Counsel of Record