UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER.

_____/

## DEFENDANT HOOVER'S MOTION FOR BILL OF PARTICULARS

Pursuant to Federal Rule of Criminal Procedure 7(f), and the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, Defendant Matthew Raymond Hoover moves for a bill of particulars. In support of this Motion, Defendant states:

On March 14, 2023, Matthew Rayment Hoover was arraigned on an Indictment charging him with conspiracy to transfer unregistered machinegun conversion devices in violation of 18 U.S.C. § 371 and substantive counts of transferring, and aiding and abetting the transferring, of unregistered machinegun conversion devices via the U.S. mail to various individuals, in violation of 26 U.S.C. §§ 5861(e) & 5871.

In order to prepare his defense, to avoid unfair surprise at trial, and to ensure his double jeopardy rights are protected, Mr. Hoover moves this Court for a bill of particulars that contains a list of all of the "parts" that the Government contends that Defendants combined that were designed and intended for use in converting a weapon into a machinegun.

## I. ARGUMENT: DEFENDANT IS ENTITLED TO KNOW WHAT "PARTS" THE GOVERNMENT CONTENDS DEFENDANT COMBINED

Under Rule 7(f) of the Federal Rules of Criminal Procedure, "[t]he court may direct the [G]overnment to file a bill of particulars." Fed. R. Crim. P. 7(f). A bill of particulars "inform[s] the defendant of the charge against him with sufficient precision to allow him to prepare his defense, to minimize surprise at trial, and to enable him to plead double jeopardy in the event of a later prosecution for the same offense." *United States v. Curry*, No. 18-cr-39-FtM-UAMRM, 2018 WL 6075492, at *1–2 (M.D. Fla. Nov. 21, 2018) (quoting *United States v. Cole*, 755 F.2d 748, 760 (11th Cir. 1985)). Its purpose is to "supplement an indictment by providing the defendant with information necessary for trial preparation." *Id.* (quoting *United States v. Anderson*, 799 F.2d 1438, 1441 (11th Cir. 1986)). This is particularly important when the case involves "firearms." *See id.* (Judge Steele granted a defendant's motion for bill of particulars when that defendant was charged with illegally possessing a firearm in violation of 18 U.S.C. § 924(c)(1)(A)(i), and ordering the Government to identify the firearm allegedly illegally possessed). Such a bill provides "information necessary to permit the defendant to conduct his own investigation." *United States v. Sanford Ltd.*, 841 F. Supp. 2d 309, 316 (D.D.C. 2012) (cleaned up); *accord United States v. Smith*, 776 F.2d 1104, 1111 (3d Cir. 1985). "[W]here an indictment fails to set forth specific facts in support of requisite elements of the charged offense, and the information is essential to the defense, failure to grant a request for a bill of particulars may

constitute reversible error." *United States v. Mitchell*, No. 17-cr-122- LMM-LTW, 2019 WL 6462838, at *19 (N.D. Ga. June 25, 2019) (quoting *Cole*, 755 F.2d at 760).

As indicted, the crux of the Government's case is that Defendant allegedly ran afoul 26 U.S. Code § 5845(b) by way of transferring a "combination of parts designed and intended, for use in converting a weapon into a machinegun[.]" Despite dumping several terabytes of data on Defendant on the eve of trial—along with another Indictment—the Government has yet to identify the *parts* at issue, as opposed to what can—at best—be a single *part* (the AutoKeyCard a piece of stainless steel into which was etched the alleged "design for machinegun conversion devices").

**WHEREFORE**, Defendant Matthew Raymond Hoover respectfully moves this Court for a bill of particulars.

DATED:  March 28, 2023

/s/Zachary Z. Zermay  
Zachary Z. Zermay, Esq.  
1762 Windward Way  
Sanibel, FL 33957  
Email: zach@zermaylaw.com  
Telephone: 239-699-3107  
*Lead Counsel for Defendant*

/s/Matthew Larosiere  
Matthew Larosiere, Esq.  
6964 Houlton Circle  
Lake Worth, FL 33467  
Email: larosieremm@gmail.com  
Telephone: 561-452-7575  
*Counsel for Defendant*

## LOCAL RULE 3.01(g) CERTIFICATION

Defendant hereby certifies that he has conferred with the Government before filing this Motion. The Government has indicated that it opposes the Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 28, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

<u>*/s/Zachary Z. Zermay*</u>
Zachary Z. Zermay, Esq.