UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER,

_____/

## MR. HOOVER'S REQUESTED VOIR DIRE

Defendant Matthew Raymond Hoover respectfully requests that the Court ask the following questions of the jury panel during jury selection.

## QUESTIONS

1. Why does someone catch COVID-19?
2. Do you believe that the manufacturers of opioids are responsible for overdose deaths? Why or why not?
3. It is the Holidays, and the children are opening their gifts. Do you read the instructions before assembling their toys? Why or why not?
4. Do you believe that Will Smith was justified in hitting Chris Rock for insulting his wife at the Oscars? Why or why not?
5. Do you believe that someone can be guilty of violating the "spirit of the law"? Why or why not?
6. Do you believe that someone can "get off on a technicality"? Why or why not?
7. Do you think AR15s should be banned? Why or why not?
8. Do you believe the Second Amendment is outdated and should be repealed? Why or why not?

9. Are guns inherently bad? Why or why not?

10. Do you agree with the phrase: "citizens should be able to own a firearm for hunting, but there is no reason to own an assault weapon"? Why or why not?

11. Do you believe that "hate speech" should be banned? Why or why not?

12. Are people who did not get the COVID-19 vaccine, despite CDC guidance, irresponsible?  Why or why not?

13. Are subcultures bad? Why or why not?

14. Can you separate an actor from the character they play? Why or why not?

15. Do you believe that the United States, or any of the States, have brought a political prosecution against any individuals? Why or why not?

16. Are the January 6th investigations a "witch hunt"? Why or why not?

17. Do you believe that law enforcement can lie?

18. Were you ever, or do you have family, friends, or relatives, that are members of any armed services?

19. Defendant Hoover incorporates and adopts all of Defendant Ervin's requested questions in ECF 229 by reference.

DATED:  April 3, 2023

/s/Zachary Z. Zermay
Zachary Z. Zermay, Esq.
1762 Windward Way
Sanibel, FL 33957
Email: zach@zermaylaw.com
Telephone: 239-699-3107
*Lead Counsel for Defendant*

/s/Matthew Larosiere
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 3, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

>            */s/Zachary Z. Zermay*
> Zachary Z. Zermay, Esq.