**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No.   3:21-cr-22(S4)-MMH-MCR

MATTHEW RAYMOND HOOVER

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Unopposed Motion for Assistant

to Attend Trial With Electronic Equipment (Dkt. No. 238; Motion) filed on April

6, 2023.   In the Motion, counsel for Defendant Hoover seeks permission for his

assistant, Susan Katzenberger, to enter the courthouse with a cell phone and

laptop computer during the trial in this matter.   See Motion at 1.   Counsel for

Defendant Hoover represents to the Court that counsel for the United States

does not object to the relief requested in the Motion.   See id. at 2.   Accordingly,

it is

**ORDERED:**

1.     The Unopposed Motion for Assistant to Attend Trial With

Electronic Equipment (Dkt. No. 238) is **GRANTED**.

2.     Susan Katzenberger is permitted to enter the courthouse with a cell phone and laptop computer during the trial in this matter, which is set for April 10, 2023, through April 28, 2023.

3.     Ms. Katzenberger shall bring a copy of this Order with her on the first day of trial.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of April, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record
Court Security Officers