UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          Case No:        3:21-cr-00022-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW HOOVER
_____/

### DEFENDANT'S WITNESS LIST

The Defendant, Kristopher J. Ervin by and through the undersigned counsel, and hereby respectfully submits the following, who may be called as witness:

1.  Daniel O'Kelly (rebuttal)

The Defendant reserves the right to call witnesses listed by the Government, or rebuttal witnesses during the trial of this case, if appropriate.

Respectfully submitted,
**Monroe & King, P.A.**

   /s/ Alex King
Alex King, Esq.
Florida Bar No.: 0086034
Scott Monroe, Esq.
Florida Bar No.: 0086801
1805 Copeland Street
Jacksonville, Florida 32204
Tel: (904) 355-7777
E-mail: Admin@MonroeKingLaw.com
Attorneys for Defendant

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by email to:    (1) Laura C. Taylor, Esq., Office of the United States Attorney, Laura.C.Taylor@usdoj.gov, (2) Zachary Z. Zermay, Esq., zach@zermaylaw.com, and (3) Matthew Larosiere, Esq., larosieremm@gmail.com, this 8th day of April, 2023.

  /s/ Alex King                                   
ATTORNEY