UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21-cr-22(S4)-MMH-MCR

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

## GOVERNMENT'S WITNESS LIST

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, respectfully submits the following list of witnesses to be called in the government's case-in-chief:

1. Special Agent Jesse Hooker, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

2. Special Agent Jason Slosson, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

3. Special Agent John Powley, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

4. Special Agent Chad Lifsey, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

5. Special Agent Andrew Mutz, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

6. Intelligence Research Specialist Lyndsey Butler, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

7. Digital Forensic Examiner Michael Medlin, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

8. Firearms Enforcement Officer, Cody Toy, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

9. Branch Chief Ernest Lintner, Bureau of Alcohol, Tobacco, Firearms, and Explosives;

10. Postal Inspector Keith Hannon, United States Postal Inspection Service;

11. Postal Inspector Christopher Martin, United States Postal Inspection Service;

12. Postal Inspector Richard Batchelder, United States Postal Inspection Service;

13. Postal Inspector Thomas Plumley, United States Postal Inspection Service;

14. Special Agent Christopher Pekerol, Internal Revenue Service – Criminal Investigation;

15. Special Agent Aaron Thoroughgood, Internal Revenue Service – Criminal Investigation;

16. Carolanne Wolfe;

17. Jonathon Monger;

18. Kristin Ervin;

19. Kris Ervin;

20. Erica Hoover;

21. Ronald Davis;

22. Steven Duty;

23. Joel Moya;

24. Randy Willis;

25. James Acs;

26. Phillip Wilson;

27. Richard Roberts;

28. Tristan Alderson;

29. Aric Osso;

30. Darek Stennes;

31. David Bane;

32. John Palmer Clarkson, III;

33. Joncarlos Ruiz;

34. Patrick Bresland;

35. Amy Sarkese;

36. Andrea Useche;

37. Matthew LeVay;

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   s/ *Laura Cofer Taylor*
       LAURA COFER TAYLOR
       Assistant United States Attorney
       USA No. 170
       E-mail: Laura.C.Taylor@usdoj.gov

       DAVID B. MESROBIAN
       Assistant United States Attorney
       USA No. 188
       E-mail: David.Mesrobian@usdoj.gov

       300 N. Hogan Street, Suite 700
       Jacksonville, Florida 32202
       Telephone:  (904) 301-6300
       Facsimile:  (904) 301-6310

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alex King, Esq.
>>*Counsel for defendant KRISTOPHER JUSTINBOYER ERVIN*
>
>Zachary Z. Zermay
>Matthew LaRosiere
>>*Counsel for defendant MATTHEW RAYMOND HOOVER*

>*s/ Laura Cofer Taylor*
>LAURA COFER TAYLOR
>Assistant United States Attorney