# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

United States of America

v.                                    Case No.   3: 21-cr-22(S4)-MMH-MCR

Matthew Raymond Hoover

☐ Evidentiary
☑ Trial
☐ Other

## EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| | | | | Michael Curtis ATF Classification Letter, Auto Sear Repair Jig |
| | | | | Prepper's Discount Website Listing, Auto Sear Repair Jig |
| | | | | Firearms Technology Branch Report of Technical Examination, Julty 2014 |
| | | | | Firearms Technology Branch Report of Technical Examination, August 2017 |
| | | | | Firearms Technology Criminal Branch Report of Technical Examination, October 2018 |
| | | | | Composite, Auto Key Card w/ Standard Ruler |
| | | | | Screenshot of CRS Firearms Youtube Page |
| | | | | " The ATF Wants To Know," published to the CRS Firearms YouTube Channel on July 22, 2021 (bates 20131) |

Case Number:  3: 21-cr-22(S4)-MMH-MCR             Page  1  of   2

| | | | | **EXHIBIT LIST - CONTINUATION SHEET** |
|---|---|---|---|---|
| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
| | | | | "The Meaning Of This Very Romantic Statement," published to the CRS Firearms YouTube Channel on June 6, 2021 (bates 20133) |
| | | | | "Response video to Johnny B's Auto Key Card Video," published to the CRS Firearms YouTube Channel on March 28, 2021 (bates 4200) |
| | | | | "Auto Key Card Very Important Update," published to the CRS Firearms YouTube Channel on March 27, 2021 (bates 4196) |
| | | | | "Auto Key Card Got Raided," published to the CRS Firearms YouTube Channel on March 5, 2021 (bates 4195) |
| | | | | "ATF Reclassification On H&K Clones," published to the CRS Firearms YouTube Channel on February 25, 2021 (bates 33818) |
| | | | | "Unexpected Ammunition Problems," published to the CRS Firearms YouTube Channel on February 23, 2021 (bates 20137) |
| | | | | "How To Buy A Truly Untraceable Firearm," published to the CRS Firearms YouTube Channel on December 15, 2020 (bates 20123) |
| | | | | "The Parts The ATF Wishes Never Existed," published to the CRS Firearms YouTube Channel on November 11, 2020 (bates 4202) |
| | | | | "The Parts The ATF Wishes Never Existed," published to the CRS Firearms YouTube Channel on November 11, 2020 (bates 4202) |
| | | | | "This Is A Strange Turn Of Events," published to the CRS Firearms YouTube Channel on December 28, 2020 (bates 20134) |
| | | | | "Is This An ATF Trap And How Does It Work," published to the CRS Firearms YouTube Channel on November 4, 2020 (bates 4198) |