# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles             Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY SELECTION AND TRIAL**

Defendants' renewed oral motions to dismiss the Fourth Superseding Indictment are **DENIED**.

Jury selection.

Rule invoked.

Jury sworn. Court gave preliminary instructions to the jury.

Government's opening statement.   Defendants' opening statements.

Government's Witnesses: Jesse Hooker

Government's Exhibits: 18, 19, 20, 20A, 21, 22, 23, 24, 25, 25A, 25B, 93, 94, 95, 95A – 95E, 114

Jury recessed and shall report back at 8:45 a.m. on April 11, 2023.

Date: April 10, 2023
Times: 9:11 a.m. – 2:35 p.m.; 3:32 p.m. – 5:28 p.m.
Total: 7 Hours, 20 Minutes