# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA  CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

<u>Counsel for Government:</u>
Laura Taylor
David Mesrobian

<u>Counsel for Defendant Ervin:</u>
Alex King

<u>Counsel for Defendant Hoover:</u>
Zachary Zermay
Matthew Larosiere

## HONORABLE MARCIA MORALES HOWARD
## UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles     Court Reporter: Shelli Kozachenko

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

With the agreement of the parties, Juror No. 8 is excused after advising the Court that she is ill.

<u>Government's Witnesses:</u> David Bane, John Palmer Clarkson, Joncarlos Ruiz, Patrick Breslend, Kris Ervin, Kristen Ervin, Carolanne Wolfe, Jonathan Monger, Lyndsey Butler

<u>Government's Exhibits:</u> 55, 56, 57A – 57C, 59, 60, 115, 120, 120A – 120D, 126

Jury recessed and shall report back at 8:45 a.m. on April 14, 2023.

Date: April 13, 2023
Times: 9:20 a.m. – 12:16 p.m.; 1:37 p.m. – 5:27 p.m.
Total: 6 Hours, 46 Minutes