**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA         CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

| | |
|---|---|
| Counsel for Government: | Counsel for Defendant Ervin: |
| Laura Taylor | Alex King |
| David Mesrobian | |
| | Counsel for Defendant Hoover: |
| | Zachary Zermay |
| | Matthew Larosiere |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles         Court Reporter: Katharine Healey

**CLERK'S MINUTES**

**PROCEEDINGS OF:   JURY TRIAL**

Government's Witnesses: Lyndsey Butler, Aric Osso, Tristen Alderson, Phillip Wilson, Richard Roberts, Randy Willis, Steven Duty, Joel Moya, Darek Stennes, Ernest Lintner

Government's Exhibits: 61, 108, 116A – 116D

Defendant Ervin's Exhibits: 8

Jury recessed and shall report back at 10:30 a.m. on April 19, 2023.

Counsel and the parties shall report back at 8:45 a.m. on April 19, 2023.

Date: April 17, 2023
Times: 9:04 a.m. – 12:27 p.m.; 1:42 p.m. – 5:36 p.m.
Total: 7 Hours, 17 Minutes