# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| KRISTOPHER JUSTINBOYER ERVIN | |
| MATTHEW RAYMOND HOOVER | |

Counsel for Government:
Laura Taylor
David Mesrobian

Counsel for Defendant Ervin:
Alex King

Counsel for Defendant Hoover:
Zachary Zermay
Matthew Larosiere

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:   JURY TRIAL**

Charge conference.

Government's Witnesses: Ernest Lintner, Jason Slosson, Cody Toy

Government's Exhibits: 63, 64, 65, 66, 109A – 109D, 111

Government rests.

Defendants' ore tenus Motions for Judgment of Acquittal are **TAKEN UNDER ADVISEMENT**.

Defendants rest.

Jury recessed and shall report back at 9:00 a.m. on April 20, 2023.

Date: April 19, 2023
Times: 9:35 a.m. – 12:25 p.m.; 1:44 p.m. – 5:20 p.m.
Total: 6 Hours, 26 Minutes