9:05   .ıl 5G

16:07 / 16:07

**Replies**

**Jefferson Fan** • 1d ago
This is absolutely malicious prosecution at this point. That prosecutor should never be allowed to practice law again.

👍 636

**Taco** • 1d ago
Let alone exist

👍 30

**Ed What's his name** • 1d ago
"That prosecutor should never be allowed to practice law again."

In a perfect world...

👍 20

**Ed What's his name** • 1d ago (edited)
An action for malicious prosecution requires proof of four elements: "the prosecution was (1) malicious, (2) instituted by or with the cooperation of the defendant, (3) w...   Read more

Add a reply...





ATF Raid On Auto Key Card

CRS Firearms — 180K subscribers

126K views  2 years ago  COLOMA RESALE
This video was made by me Matt I am a enthusiast there's nothing really special about me other than I like to learn tag along and we can learn together I may not get everything right but that is a part of learning and if I do get something wrong I will make a correction video
Show more

960 Comments     Sort by

Add a comment...

1   (VIDEO OF MATTHEW HOOVER 13, #2021R00188)
2   (The following may contain unintelligible or misunderstood words due to the
3   recording quality.)

5   MH = MATTHEW HOOVER

6   AV = AUTOMATED VOICE

7   MH:   All right. So update on the AutoKey card. A not guilty plea was put in,
8         which is pretty cool. Um, that means he's actually gonna fight it. And
9         it's very important he fights and wins this case because it would have
10        ramifications across the gun community, if he loses, for a very long
11        time. And I don't wanna glorify the fact that he got arrested, but it is in
12        fact a blessing in disguise.
13              A lot of the stuff that we're facing has to do with what looks like
14        something now is something. Now unless you wanna get caught up in
15        federal prison and fight this yourself, he needs to be supported
16        because, if he wins, it'll put a huge break on the ATF in a lot of their
17        stuff 'cause that would set a precedence that, hey, just because
18        something looks like something does not mean it is, because this is an
19        attack on the information itself.
20              If you're not familiar with the AutoKey card, it's basically an
21        etching on a piece of steel and/or a schematic. So if that becomes --
22        like, the ATF wins that case, that opens the door for 3D printing and a
23        bunch of other stuff because now they have the ability to attack the
24        information itself. It doesn't even have to be the product.
25              So he put in a not guilty plea, so that does mean he's gonna fight
26        it. But that also means now I can't get a hold of him because they're

1    holding over his head, you know, we'll -- we'll let you out while we figure
2    out your sentence, but you got to plead guilty. So they found him as a
3    flight risk. They're not gonna let him out.
4        Uh, there's an article on this. I'll put a -- no. You know what?
5    I'm not gonna even link that article. But -- and again, they go back into
6    propaganda just like the first article, how they wrapped me into the
7    whole thing and made me look like a bad guy. Well, that was
8    propaganda to try to get me to shut the hell up because without funding
9    and stuff he can't really do much.
10       Second article, same crap, just loaded full of propaganda. It was
11   done by Channel 4.
12       Uh, first thing -- now, this may be a legitimate mistake. They call
13   it an auto sear. And an auto sear is a very, very vague term that's just
14   a rough covering over several different things. Like, it's like the term
15   barrel. If I say a barrel, you know what I'm talking about, but it does not
16   describe the item itself.
17       Why that's a problem is because there are several different types
18   of auto sears. Each individual auto sear needs to be mated up with a
19   particular rifle in order for it to function in full auto. There's the swift link,
20   the drop-in auto sear. The particular one in question here is the
21   Lightning Link. Now, the Lightning Link is for a rifle that was made in
22   1963 and it hasn't been in production for a very, very long time.
23       Now, in all fairness, you can get the parts you need to put in a
24   normal AR-15, some of them, because some of them just, period, it
25   won't work with. But you can get the parts you need in order to make

1    that full auto.  But, generally speaking, that particular item is made for a
2    rifle that is more or less a curio and relic.  Like, it basically doesn't exist.
3    If you try to put that in like any other AR-15 because of how bolt carriers
4    are made now, they won't even fire one shot much less full auto.
5         Uh, his final charges now -- the indictment's open.  I don't know
6    how to search indictments, but I'll put a screenshot of the one page the
7    news people posted 'cause I would like it if somebody could send that
8    to me 'cause I'd like to look through it and just see exactly what they got
9    on him.  But anyway, the indictment is open or at least to this news
10   station.  He's facing 10 years of prison and a $250,000 fine.  Again, I
11   already talked about him being a flight risk.
12        Now, they -- the rest of the propaganda, because with the whole
13   community supporting him, he'll walk.  So the first thing to hit on is his
14   cost verse profit to try and turn you guys off to make him feel like some
15   sort of crook or thief in the middle of the night so you won't support any
16   fundraisers or anything like that.
17        And speaking of fundraisers, there is a fundraiser going which
18   you can search.  That guy contacted me how to get the money to him,
19   but we'll get into that a little bit later.  That is a legitimate fundraiser.
20   That one is not being run by me.
21        I will set up a fundraiser when I have contact with him personally
22   so I know where the money needs to go or some sort of a lawyer or
23   something like that.  I don't wanna just take possession of the money
24   'cause what the hell am I gonna do with it?  That ain't gonna help him
25   out at all.  I mean, yeah, it would buy me a whole bunch of strippers if I


4

1    can't find anywhere to put it.  But what does that do for him?
2           So that is a legitimate fundraiser.  That guy did contact me and
3    I'm like, hey, you know, you can keep this up for now.  But as soon as I
4    find a legitimate place for that money to go, he's gonna put that
5    GoFundMe money into the GoFundMe I'm running and then we'll get
6    that to him.
7           Uh, the next thing they attack is his brother.  If you're not aware
8    of it, his brother was a -- was or is -- I don't know if he got fired or not --
9    a police officer.  And I assume they suspect he may be able to give
10   Justin's -- or, not Justin -- it's just what I call them because I was
11   operating under a false name forever.  So if I say Justin, I really mean
12   his real name which I'll put right here.  But -- so I'm just gonna call him
13   Justin 'cause I called him that for so long it's just stuck in my head.
14   Justin.
15          Anyway, I believe they're worried he might be able to rally some
16   sort of support for Justin, so now they're attacking him.  Like, in their
17   article, there was no reason whatsoever to mention him, and yet they
18   did.  So that's some more propaganda they're shelling out there.
19          I already talked about the SP1.  All right.
20          So as you'll notice in this sketch of him in the courtroom, there's
21   a lady sitting next to him and there's an empty chair next to him.  Now I
22   do know his public defender was in fact a lady.  Do not go hard on this
23   lady yet, because I don't know the facts.  But he should have a legal
24   team with him right now.
25          I arranged a legal team to defend him.  I shouldn't say I arranged

1   it. I talked to somebody that arranged it for me. The point is there

2   should be a legal team defending him.

3   Now when it comes to lawyers, a lawyer can't talk to him directly

4   if he's already got lawyer because that's conflict of interest. I cannot

5   find this guy. I have tried finding his DOC number, where he's being

6   held, anything to get a message to him to let him know that, hey, we got

7   support for you.

8   Because she's sitting there and not a legal team, that leads me

9   to believe she's bull guarding him from the proper defense he needs.

10  Again, don't go hard on her yet because I don't know. But a couple of

11  you guys have even told me. Like, I have tried to get a hold of her and I

12  haven't got a message back.

13  So it leads me to believe he's being bull guarded because, uh,

14  Florida concealed carry, they're backed by the GOA. They wanna pick

15  up his defense. That's an entire team. His defense spot should be full

16  of people and it's not. It's got a single lady there and I know they have

17  tried to get a hold of her.

18  So I don't believe he's getting the message, not to mention she's

19  a public defender. He no longer has a need for a public defender.

20  Also, Daniel O'Kelly is picking up the case. If you are not familiar

21  with that -- now, again, that -- if we can't get past this lawyer, none of

22  this is -- none of this matters. It's irrelevant. Because Daniel O'Kelly is

23  picking up the case, that's everything but assured victory. The reason

24  why is the ATF will go into a courtroom and use logic fallacies, appeal

25  to authority, and that's how they typically win their cases. Because you

1  got your defendant who is who?  He's not an expert.  What -- what does
2  he know about firearms?
3      And then you got a government agency that's been put in power
4  specifically to regulate firearms.  The jury don't know what the hell's
5  going on, so they default to what the ATF says because they're the
6  authority on the topic.
7      When Daniel O'Kelly goes in there, an expert in firearms, also an
8  ex-ATF agent, if he walks in the courtroom, he literally takes the ATF
9  and smears them across the floor.  They lose consistently against him.
10  So that basically means he's got this in the bag if we can get past the
11  lawyer.
12      If any of you guys have a family member with him, get a
13  message to him to get a hold of me.
14      That's also very surprising that I haven't got a hold of him yet
15  'cause he should have to know that in a case like this, that I have
16  personal interest in, in seeing him win because of the ramifications it's
17  got on firearms for the, uh, the future of firearms, I would go hard on
18  YouTube.  I would get a fundraiser going, set up a defense team, do
19  everything in my power to see to it he wins.
20      And I haven't got a phone call, an email, or a letter yet.  So I
21  don't know if he's restricted from those privileges, which means the only
22  person who can talk to him is his lawyer, which is really bad because if
23  he don't find out about these resources he's got, he may not win.  As
24  soon as he gets a hold of me and as soon as we get those resources
25  on him and I get a fundraiser going, there's no reason whatsoever he

1      should lose this case.

2              Uhh, so yeah.  This is the lawyer's number.  Uh, that's her name.

3      I'll post that right here.  Again, don't go hard on her yet.  But the

4      evidence I'm seeing leads me to believe she's bull guarding him.  I don't

5      know if, like, the ATF's, like, hey, don't let him talk to the outside world

6      because, otherwise, we're gonna lose this case or what the deal is.

7              But again, if one you guys have a family member in there, get a

8      message to him to get a hold of me.  He really, really needs to get a

9      hold of me so I can let him know go ahead and fire your public

10     defender.  She is no longer needed and I have a hell of a lot of

11     resources for you to use, but you got to get a hold of me so I can funnel

12     those resources to you.

13             God I hope that wasn't illegal.  There's probably some law

14     against what I just said, but, oh, well.  You know what?  If they're gonna

15     spin the propaganda machine to try to stack the deck so he loses, I'm

16     gonna use every resource in my power to try to make sure he has the

17     best chance at winning and frill it with all -- an entire defense team, plus

18     Daniel O'Kelly, plus whatever I get in a fundraiser thrown at that case.

19     It's all but a victory.

20             I mean, you -- I don't have a crystal ball.  I can't see into the

21     future.  But I really don't see him losing that case and that's good

22     because that'll set a precedence against when they try to attack 3D

23     printing and other stuff like that.

24             Anyway, thanks for watching (unintelligible) channel, got my

25     PayTran right down there, also have affiliate links in the description

| | | |
|---|---|---|
| 1 | | down below.  Just by clicking on those links and doing the Amazon |
| 2 | | shopping you're gonna do anyway, even if you don't buy what the link is |
| 3 | | for, I still get a little kickback for it because you came in off my channel. |
| 4 | | Thank you for watching.  Don't forget to subscribe.  [Video plays] |
| 5 | | Why do you gotta be such a heartless little brat? |
| 6 | AV: | I am such a brat then why don't you spank me right now, Daddy, and |
| 7 | | show me what a bad girl I have been.  Teach me a lesson. |
| 8 | MH: | Okay.  I might have been overreacting a little bit, Lacey.  I love you.  I'm |
| 9 | | never gonna trade you in. |
| 10 | AV: | I love you, too. |
| 11 | MH: | It's not the action I wanted but it's the action I can get. |
| 12 | | [Video Ends] |
| 13 | | (CONCLUSION OF RECORDING) |
| 24 | | Transcribed by:  mxp/mxp |