1

TRANSCRIPT OF "This Makes an illegal Machine gun"
Posted to CRS Firearms YouTube Channel on January 8, 2021

MH = MATTHEW RAYMOND HOOVER

MH: All right. So when I did my video on Geissele triggers and what my problem was with them, it was becoming pretty clear in the comment section that there are a lot of people that don't quite understand the ins and outs of a machine gun. The biggest thing you need to remember is this video is sponsored by autokeycard.com. And if you don't feel comfortable ordering those products because you're afraid you're gonna get on some sort of ATF watch list, you can always order with discreet mailing. Just go to your local library, print off the order form, put a money order in there, have that bad boy shipped to your anti-gun relative, pick up your package there, no list to worry about.

Anyhoo, let's talk about a machinegun. First things first. I'm not a lawyer. I'm not giving legal advice. I'm not offering legal advice; and if you take legal advice from me, you're stealing.

Second off, I'm an SOT manufacturer. I can legally manufacture machine guns. So I've had a lot of conversations with the ATF. That is a far cry from being an expert. You also need to remember the ATF does not form laws. They are there to enforce laws using their opinion. So what I might say in a video today, by the time I upload this video, their opinion may change and it could be totally different.

The law is, after 1986, if you're not an SOT holder, law enforcement or military, you cannot possess a machinegun manufactured after 1986. So they have put in their opinion what exactly a machinegun is, et

33940

1    cetera, et cetera, et cetera.  The best I can gather of their opinion right
2    now from having several conversations with them, this is what breaks
3    down to a machinegun.
4    Number one, a bona fide machinegun.  If you are unfamiliar with that,
5    what that means is you'll either have two or three positions on your
6    selector, and when you hold down the trigger in one of those positions,
7    the firearm continues to fire.  All's it has to do is fire more than once and
8    it is considered a machinegun.  So if you pull down on the trigger and it
9    fires but one time, that is not a machinegun.
10   Now you're probably like, "But – hey, but bump stocks."  No, bump
11   stocks are not a machinegun.  The ATF was encouraged – I don't know
12   how heavily – but, encouraged to include that in their machinegun ban.
13   Even though it does not fit their own definition of a machinegun at all, it
14   got pushed to be a machinegun.  So bump stocks are a machinegun.
15   And you're probably like, "How?  That's an accessory.  It's not possible
16   to be a machinegun."  I'm aware of this.  So is everybody else in the
17   country.  However, the President had forced their hand, pushed them in
18   a specific direction.  What choice do you really have when the
19   Commander-in-Chief is telling you what to do?
20   Next is the third hole.  They call this a third hole because typically on
21   AR-15s and AK-47s, there are two pins in the receiver.  These are a
22   part of the fire control.  A third hole would be used for your drop-in auto
23   sear.  Even if you don't have the parts in the firearm to be a
24   machinegun, if you have that third hole, that is in fact a machinegun by
25   the ATF's opinion.

1   Next one, drop-in auto sear.  Now, this became a machinegun – even
2   though it's not – it cannot fire projectiles in any way, shape or form.
3   Just having a drop-in auto sear – with the ATF's opinion – is in fact a
4   machinegun.  They decided this was a machinegun because if I were to
5   put an M16 fire control in here, and I just put the drop-in auto sear in the
6   receiver, I would be manufacturing a machinegun because there is no
7   modifications that need to be made to the firearm or the part itself; it
8   becomes a drop-in auto sear.
9   Now you're probably thinking about, well, what about portable wall
10  hangers?  Those, even by the drop-in auto sear definition, should not
11  have been a machinegun.  Now, remember, this is their opinions again
12  and they changed their opinion because the portable wall hanger
13  needed to be modified in order to fit inside your receiver.  Therefore,
14  modification needs to happen.  Therefore, it is not a drop-in auto sear,
15  but they considered it a drop-in auto sear for whatever reason.  Again,
16  they're just enforcing their own opinion and they changed their opinion,
17  failed to notify anybody they changed their opinion.  I mean, maybe
18  they sent this guy letters and was like, "Hey, we have now changed our
19  opinion about this particular product," and maybe he just blatantly
20  ignored them.  I don't know.  I'm not that guy.  But I would assume if the
21  ATF sent me a letter and was like, "Hey, your product is a machinegun,
22  you should probably stop selling it," I would immediately stop selling it,
23  like instantly.  Even if people ordered it, I'd cancel all the orders, return
24  the money back to them.  So I have to assume they never informed the
25  guy that they changed their opinion, which is crazy because now he's

1   being persecuted by our government for following what their opinion
2   was before.  So they change their opinion in the middle of the night and
3   now they're persecuting him.  It's a bad situation.  He should not be in
4   jail right now.  Sorry, I kind of went off in the weeds.
5   All right.  Now we got dimpling.  I don't quite understand where the
6   disconnect was with Troy Industries because they've had dimpling a
7   long time before the XM117 E2 came out.  'Cause, uh, there was an AK
8   company that would dimple where to drill your holes for your fire control
9   group and they were like, no, that is not an 80 percent receiver because
10  you have the dimpling there.  That shows intent because they don't look
11  at percentages of receivers.  They look at this is a receiver; this is not.
12  There's no middle ground.  And they said because it was dimpling in
13  the receiver, that showed intent that they were gonna drill a hole, where
14  they were selling it with the intent for somebody to drill that hole;
15  therefore, that is a receiver.
16  Well, anyway, Troy Industries put out this rifle that was a clone of the
17  XM177 E2 and they had a fake auto sear hole in there.  I believe they
18  did put out a recoil on the rifle.  But say for example I took this rifle right
19  here, I took this hammer, I took a punch, I put it in this general vicinity
20  and I punched it.  That would show intent that I intend on drilling that
21  hole; therefore, that receiver is a machinegun.
22  So anyhoo, I know it was a really big deal in like 2013 and stuff when
23  you were building a clone rifle, you absolutely had to have that fake
24  third pin.  If you got that, that's a problem.  You should probably do
25  something about that because that is an NFA item.  If I hit this with a

1    punch, this would now become an NFA item.  It would become property
2    of the shop.  It would be – I'd have to send a letter to the ATF notifying
3    them I have manufactured a machinegun.
4    Watch out for dimpling.  I'm sure there's some accidental way that you
5    could put a dimple in there.  Even though you didn't have the intent, it
6    looks like the intent, which they could prove in the court of law.
7    Anyway, dimpling.  If you dimple a third pin, that is a machinegun.  And
8    then the biggest one of all is intent.  You are far more likely to get
9    caught up on intent over actually having a physical machinegun.  So
10   what would be an example of this?  So in my Geissele trigger one, I had
11   ordered an M16 auto sear, had it sent to my house.  Not the shop; I had
12   it sent to my house.  So why could I do this?  Because I do not have
13   intent to manufacture a machine gun.  This is a piece of metal.
14   Now let's pretend you did order some sort of questionable part and sent
15   it to your house, whether that's a three-position selector, an auto sear,
16   who – whatever the reason, and the ATF shows up and you say
17   something along the lines of, "I just want those parts laying around so if
18   the zombie apocalypse ever happens, I can make a machinegun and
19   shoot zombies.  I don't have any intent of doing it now, but I just want
20   those parts just in case."  Well, you've just given them intent.
21   Remember, if the ATF shows up at your house and they immediately
22   don't shoot your dog, kick in your door and cuff you, they do not have
23   enough to charge you.  If they show up and they start asking questions,
24   breathe a sigh of relief.  That is the best news you could ever get.  After
25   you breathe your sigh of relief, hit on, "Are you detaining me?"  "No."

1    "Okay. Do you have a warrant?" "No." "No, you don't got one of those
2    either. Then we're done here. I am not answering any questions
3    without a lawyer."
4    Those are the only words you should ever speak. "Are you detaining
5    me? Do you have a warrant? I will not answer any questions without a
6    lawyer." That's it. And if they haven't already arrested you, they will go
7    away. Remember, there's no point in talking to you if they already have
8    what they need to arrest you; they will immediately arrest you. So if
9    they're at your door asking questions, shut your mouth.
10   Oh, where are we here? Oh, once a machinegun, always a machine
11   gun. The reason Brownells can sell these is because these are newly
12   manufactured parts. They are not a machinegun. Let's pretend I take
13   this rifle right here and I make a machinegun at the shop. I cannot
14   unmake that. Even if I were to fill that hole in with weld, polish it out,
15   refinish the receiver -- I mean, obviously if no one knew about it, that'd
16   be a different story. But the point is, that receiver is always a
17   machinegun. All the parts inside the receiver are always a
18   machinegun.
19   That's why when you buy a build kit, they have brand-new parts inside
20   of it. If any of the fire control parts ever have wear on it, those are a
21   machinegun. You need to dispose of them immediately. You will
22   always have a brand-new fire control group inside of like a de-milled
23   AK-47 or a de-milled Colt kit. They just buy the parts brand new and
24   put it in there so you feel like you're getting the real deal, but those are
25   brand-new parts. If they were ever installed in a machinegun, those

1  cannot be sold to you. Those are machinegun parts. Those are a
2  machinegun. If you possess those parts, you now possess a
3  machinegun. Once a machinegun, always a machinegun. Remember
4  that.
5  You cannot fill the hole in. You cannot take a fire control group out of a
6  machinegun and sell it because that is still a machinegun. And it was
7  another big problem I had with Geissele, but because they would only
8  sell it to like SOT holders, that means that they're serializing it because
9  the only reason you need to know my SOT information is if you're
10 transferring me an NFA part. Because that part was manufactured after
11 1986, I could not even sell it to the general public. It's very important
12 they never change things like Brownells being able to sell these parts
13 because that would mean all your civilian pre-'86 manu – pre-'86
14 machineguns could no longer be repaired. They would eventually go in
15 disuse. Yes, when somebody buys parts for the pre-'86 machinegun,
16 they are technically committing a felony. If they were to say, "Hey, I
17 have a pre-'86 machinegun, I need to order this part," they can't
18 because now you've given intent that it is going in a machinegun, which
19 automatically makes it a machinegun part, which means it has to be
20 transferred to an SOT. If it's transferred to an SOT because it was
21 manufactured after 1986, you cannot get it.
22 What you can do is just order replacement machinegun parts from
23 Brownells for no reason at all. You're just ordering them. There's no
24 intent. You're just simply ordering them. And then you could do a
25 repair, but it's really strange. It's like the whole chicken and the egg

33946

1  thing.  Like you are the only one that's allowed to do a repair on your
2  pre-'86 machinegun.  So therefore, to follow the absolute letter of the
3  law, you would have to manufacture this auto sear yourself with your
4  own machine and put it in your own machinegun.  That would be legal.
5  Ordering a premanufactured part to put in your machinegun, again, I
6  already went through that.  It was made after 1986, because it has the
7  intent to go into a machinegun, that makes it a machinegun part.
8  Therefore, you're not an SOT holder.  Therefore, you cannot purchase
9  it.  Therefore, you just committed a felony.  Like I said, very strange.
10 However, you can just jump on Brownells or whatever and order parts
11 for no reason whatsoever.  That would be legal.  Having the intent to
12 put them in your machinegun is not legal.
13 Again, that was the biggest problem with Geissele.  They were
14 effectively starting to work in a direction that if other manufacturers
15 were to follow suit, all the pre-'86 machineguns would fall out of
16 disrepair because then nobody would sell the parts.  Those people
17 would not be able to get the parts.  Those machineguns would fall out
18 of disrepair and it'd be game over, unless they bought their own
19 machine shop with their own machining tools – I believe these are
20 forged, so you'd need a frickin' forge – and manufactured the part
21 yourself.
22 Anyhoo, I hope this video had clarified more questions than it had
23 raised.  It's usually not the case.  Usually when I make a video to
24 answer a question, it usually springs up like 50 other questions, but I
25 feel like I was pretty solid on this one.

1        Anyway, if you'd like to help support the channel, got my Patreon right
2        there.  I also have affiliate links in the description down below.  Just by
3        clicking on those links, even if you don't purchase what the link is for, I
4        get a little kickback for it because you went there off my channel.
5        Thank you for watching.  Don't forget to subscribe.  Be sure to show the
6        sponsor a little bit of love because they've been a major supporter of
7        the channel.
8                          (CONCLUSION OF VIDEO)