

Exhibit 3

First device assembled



Cut through the side

767060-20-0017  2021-332-CIT

Cutting of the second device



# Cutting of the second device



767060-20-0017   2021-332-CIT

Second device removed



767060-20-0017   2021-332-CJT

Second device installed on NFC rifle



767060-20-0017  2021-332-CIT



Second device installed on NFC rifle

767060-20-0017  2021-332-CJT