UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
4-21-23
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.  Case No.: 3:21-cr-22(S4)-MMH-MCR-2

MATTHEW RAYMOND HOOVER

## VERDICT

1. With regard to Count One of the Indictment, which charges the Defendant with conspiracy to transfer unregistered machinegun conversion devices, we, the Jury, find MATTHEW RAYMOND HOOVER:

   NOT GUILTY _____   GUILTY ✓

2. With regard to Count Two of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials D.S., we, the Jury, find MATTHEW RAYMOND HOOVER:

   NOT GUILTY _____   GUILTY ✓

3. With regard to Count Three of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials J.M., we, the Jury, find MATTHEW RAYMOND HOOVER:

NOT GUILTY \_\_\_\_\_   GUILTY  ✓

4. With regard to Count Four of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials R.D., we, the Jury, find MATTHEW RAYMOND HOOVER:

NOT GUILTY  ✓   GUILTY \_\_\_\_\_

5. With regard to Count Five of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials S.D., we, the Jury, find MATTHEW RAYMOND HOOVER:

NOT GUILTY \_\_\_\_\_   GUILTY  ✓

6. With regard to Count Six of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials J.A., we, the Jury, find MATTHEW RAYMOND HOOVER:

NOT GUILTY __✓__   GUILTY _____

7. With regard to Count Seven of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials R.W., we, the Jury, find MATTHEW RAYMOND HOOVER:

NOT GUILTY _____   GUILTY __✓__

8. With regard to Count Eight of the Indictment, which charges the Defendant with transferring unregistered machinegun conversion devices to a person with the initials A.O., we, the Jury, find MATTHEW RAYMOND HOOVER:

NOT GUILTY __✓__   GUILTY _____

SO SAY WE ALL, this __21__ day of April, 2023.

[signature redacted]