#1 for counts 2-8 where it list Specific personal, I have question on wording. The words Transfering vs. Aiding and Abetting. Is the count for Matt. H. just Transfering, just Aiding + Abetting, or both?

**U.S. District Court**
**Middle District of Florida**
**COURT'S EXHIBIT**

Exhibit Number: 1

Case Number:
3:21-cr-21(54)-MMH-MCR
11st

v.

Erwin and Hoover

Date Identified: 4-20-23

Date Admitted:

Question No. 1:

Mr. Hoover is charged with both. I refer you to my instructions on the law.

Question No. 2:

You have all of the evidence before you. You must determine your verdict based on the evidence that you have received, applying my instructions on the law.

*Judge Howard*

Ask about J.A.? order 12/23/20
If He watched any or all crs fire arms video?
Did He Purchase through His link?

U.S. District Court
Middle District of Florida
COURT'S EXHIBIT

Exhibit Number: 2

Case Number: 3:21-cr-22(54)-MMH-PRL

USA

v.

Ervin and Hoover

Date Identified: 4-20-23

Date Admitted:

Question No. 1:

Mr. Hoover is charged with both. I refer you to my instructions on the law.

Question No. 2:

You have all of the evidence before you. You must determine your verdict based on the evidence that you have received, applying my instructions on the law.

*Judge Howard*

Ladies and Gentlemen,

You may continue to deliberate this evening if you wish to do so. However, if you would prefer to go home and return tomorrow morning to continue your deliberations, you may do that as well. The choice is yours. If you wish to go home, please send me a note telling me that so that I can give you further instructions.

Judge Howard

**U.S. District Court**
**Middle District of Florida**
**COURT EXHIBIT**

Exhibit Number: 3
Case Number: 3:21-Cr-22 (S4) MMH-MCR
Case Style: USA v. Ervin and Hoover
Date Identified: 4-20-23
Date Admitted:

We the jury have decided that we will go home now and return tomorrow morning to continue.

Can we have a clean
verdict sheet for Hoover?

also more juror
stickers please?

**U.S. District Court**
**Middle District of Florida**
**COURT EXHIBIT**

Exhibit Number: 4

Case Number:
3:21-cr-22(54)-MMH-MCR

Case Style:
USA

v.
Ervin and Hoover

Date Identified:
4-21-23

Date Admitted: