UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr22(S2)-MMH-MCR

UNITED STATES OF AMERICA,

v.

KRISTOPHER JUSTINBOYER ERVIN,
and MATTHEW RAYMOND HOOVER,

_____/

**UNOPPOSED MOTION TO CONTINUE DEADLINE TO FILE MOTION FOR JUDGMENT OF ACQUITTAL, AND FOR LEAVE OF COURT TO FILE A MOTION IN EXCESS OF TWENTY-FIVE PAGES**

Defendant Matthew Raymond Hoover respectfully moves this Court to continue the deadline to file a motion for judgment of acquittal for an additional 14 days and to file a motion in excess the page limitations. In support of this Motion, Defendant states:

1. After a trial by jury, Defendant was adjudicated guilty of five of eight counts brought against him.

2. Given the constitutional concerns surrounding his conviction, *e.g.*, First Amendment, Second Amendment, the Rule of Lenity, and evidentiary issues, Defendant anticipates a total of thirty-five pages to brief the issues to the Court.

1

3. Under Rule 29(c)(1), his current deadline to file his Motion for Judgment of Acquittal is May 5, 2023.

4. Given that these issues raise complex and novel issues, Defendant further requests an additional fourteen days to prepare his Motion. Should the Court grant this relief, that would make Defendant's deadline to file his Motion on May 19, 2023.

**WHEREFORE** Defendant Matthew Raymond Hoover respectfully moves this Court for leave to file a Motion for Judgment of Acquittal in excess of the twenty-five page limit, and to extend his deadline to file his Motion by fourteen-days.

DATED:  April 28, 2023

/s/Zachary Z. Zermay_____           /s/Matthew Larosiere_____
Zachary Z. Zermay, Esq.                Matthew Larosiere, Esq.
1762 Windward Way                      6964 Houlton Circle
Sanibel, FL 33957                      Lake Worth, FL 33467
Email: zach@zermaylaw.com              Email: larosieremm@gmail.com
Telephone: 239-699-3107                Telephone: 561-452-7575
*Lead Counsel for Defendant*           *Counsel for Defendant*

**LOCAL RULE 3.01(g) CERTIFICATION**

Defendant hereby certifies that he has conferred with the Government before filing this Motion. The Government has indicated that it does not oppose the Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Zachary Z. Zermay, Esq.