**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                          Case No.    3:21-cr-22(S4)-MMH-MCR

MATTHEW RAYMOND HOOVER

_____

**O R D E R**

**THIS CAUSE** is before the Court on the Unopposed Motion to Continue Deadline to File Motion for Judgment of Acquittal, and for Leave of Court to File a Motion in Excess of Twenty-Five Pages (Dkt. No. 268; Motion) filed on April 28, 2023. In the Motion, counsel for Defendant Hoover seeks an extension of the deadline to file a motion for judgment of acquittal and to file a motion that exceeds the page limit. See Motion at 1. Counsel for Defendant Hoover represents to the Court that counsel for the United States does not object to the relief requested in the Motion. See id. at 2. Accordingly, it is

**ORDERED:**

1. The Unopposed Motion to Continue Deadline to File Motion for Judgment of Acquittal, and for Leave of Court to File a Motion in Excess of Twenty-Five Pages (Dkt. No. 268) is **GRANTED**.

2. Defendant Hoover shall have up to and including **May 19, 2023**, to file a motion for judgment of acquittal.

3. Defendant Hoover is permitted to file a thirty-five page motion for judgment of acquittal.

**DONE AND ORDERED** in Jacksonville, Florida this 1st day of May, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record