UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE №: 3:21-cr-00022-MMH-MCR

UNITED STATES OF AMERICA,

v.

MATTHEW RAYMOND HOOVER.
_____/

## NOTICE OF ADOPTION OF ECF 291

Defendant Matthew Raymond Hoover ("Defendant") respectfully adopts Defendant Ervin's Response to United States' Motion to Continue Sentencing (ECF 291), with the following additions:

1. Communication difficulties with Mr. Hoover mirror those that exist with Mr. Ervin, but the same concession (one to two weeks at most) reflects Mr. Hoover's position.

2. In addition to the materially worse conditions Mr. Hoover faces, like Mr. Ervin, Mr. Hoover would be much more able to see his young children for purposes of visitation once transferred to the Bureau of Prisons.

3. Counsel for Hoover notes that the government would not be prejudiced by a denial of the motion to continue sentencing because the government has ample capable counsel that would be able to serve at sentencing.

4. Mr. Hoover, in addition to witnessing overdose situations like those Mr. Ervin saw, Mr. Hoover witnessed a man beaten so severely that blood covered the room.

5. In light of Mr. Hoover's distance from his young children, the well-being of which would be materially advanced by being able to visit their biological father, the severe conditions at Baker County Jail, requests a sentencing be conducted as expeditiously as can be prudently and thoroughly undertaken.

DATED: June 20, 2023

| | |
|---|---|
| /s/ Zachary Z. Zermay | /s/ Matthew Larosiere |
| Zachary Z. Zermay, Esq. | Matthew Larosiere, Esq. |
| 1762 Windward Way | 6964 Houlton Circle |
| Sanibel, FL 33957 | Lake Worth, FL 33467 |
| Email: zach@zermaylaw.com | Email: larosieremm@gmail.com |
| Telephone: 239-699-3107 | Telephone: 561-452-7575 |
| *Lead Counsel for Defendant* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 20, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.