# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA     CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

KRISTOPHER JUSTINBOYER ERVIN
MATTHEW RAYMOND HOOVER

| Counsel for Government: | Counsel for Defendant Ervin: |
|---|---|
| Michael Coolican | Alex King |
| Laura Taylor | |
| | Counsel for Defendant Hoover: |
| Counsel for Intervenor: | Zachary Zermay |
| Stephen Stamboulieh | Matthew Larosiere |
| Eric Friday | |

### HONORABLE MARCIA MORALES HOWARD
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles     Court Reporter: Katharine Healey

## CLERK'S MINUTES

**PROCEEDINGS OF:** MOTION HEARING

John Crump's Emergency Motion to Intervene for the Limited Purpose of Responding to the United States' Motion for Order Prohibiting Dissemination of Presentence Investigation Report (Dkt. No. 299) is **DENIED as moot**.

The Motion for Leave to File *Amicus Curiae* Brief (Dkt. No. 306) is **DENIED as moot**.

The United States' Motion for Order Prohibiting Dissemination of Presentence Investigation Report (Dkt. No. 296) is **WITHDRAWN, in part, and DENIED, in part**.

With the agreement of the parties, Mr. Hoover is ordered not to further disseminate any copies of his Presentence Investigation Report. In addition, the United States Probation Office is directed to provide all further information or filings from that office only to counsel of record.

Date: August 11, 2023     Time: 1:45 p.m. – 2:20 p.m.     Total: 35 Minutes