## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA              CASE NO. 3:21-cr-22(S4)-MMH-MCR

v.

MATTHEW RAYMOND HOOVER

Counsel for Government:                    Counsel for Defendant:
Laura Taylor                               Matthew Larosiere
David Mesrobian                            Zachary Zermay

### HONORABLE MARCIA MORALES HOWARD
### UNITED STATES DISTRICT JUDGE

Courtroom Deputy: Jodi L. Wiles          Court Reporter: Katharine Healey
U.S. Probation: Irish Anderson/Amanda Henry

### CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Defendant was found guilty of Counts One through Three, Five, and Seven of the Fourth Superseding Indictment.

Defendant adjudged guilty on Counts **One through Three, Five, and Seven of the Fourth Superseding Indictment**

Defendant's Motion for Leave to File Letters in Support of Defendant Hoover Under Seal (Dkt. No. 317) is **STRICKEN**, and the Clerk of the Court is directed to remove this document from the Court record.   The Court will consider the letters attached to the motion.

The Court heard argument from counsel regarding the objections to the Presentence Investigation Report, resolved the objections, and announced the guidelines on the record.

The parties made their presentations, and the Court heard from Defendants and their mitigation witnesses.

The Court will pronounce sentence on **September 7, 2023, at 11:30 a.m.**

Date: September 6, 2023
Times: 9:45 a.m. – 12:35 p.m.; 1:35 p.m. – 3:05 p.m.
Total: 4 Hours, 20 Minutes