**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-22(S4)-MMH-MCR |
| v. | |
| MATTHEW RAYMOND HOOVER | |

| Counsel for Government: | Counsel for Defendant: |
|---|---|
| Laura Taylor | Matthew Larosiere |
| David Mesrobian | Zachary Zermay |

**HONORABLE MARCIA MORALES HOWARD**
**UNITED STATES DISTRICT JUDGE**

Courtroom Deputy: Jodi L. Wiles                Court Reporter: Katharine Healey
U.S. Probation: Irish Anderson

## CLERK'S MINUTES

**PROCEEDINGS OF:   SENTENCING**

Imprisonment:   **SIXTY (60) MONTHS, consisting of SIXTY (60) MONTHS as to each Count One through Three, Five, and Seven, all such terms to run concurrently**

The Court makes the following recommendations to the Bureau of Prisons:
- Incarceration at a facility located as close as possible to Coloma, Wisconsin.
- Defendant receive mental health treatment.
- Defendant enroll in any educational and vocational programs available.

Supervised Release:   **THREE (3) YEARS, consisting of THREE (3) YEARS as to each Count One through Three, Five, and Seven, all such terms to run concurrently**

Special conditions of supervised release:
- Defendant shall participate in a mental health treatment program.
- Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, or vehicle.
- Defendant shall provide the probation officer access to any requested financial information.
- Defendant shall cooperate in the collection of DNA as directed by the probation officer.

Special Assessment:   **$500.00**   to be paid immediately.

The Second Superseding Indictment and Third Superseding Indictment are dismissed on the motion of the Assistant U.S. Attorney.

Defendant advised of right to appeal and to counsel on appeal.

Defendant is remanded to the custody of the U.S. Marshal.

Date: September 7, 2023
Time: 11:37 a.m. – 12:44 p.m.
Total: 1 Hour, 7 Minutes